UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>V.<br><br>JUSTIN CORNELIUS WRIGHT,<br><br>    Defendant. | CRIMINAL ACTION NO. 5:12-79-KKC<br><br>CIVIL ACTION NO. 5:14-7362-KKC<br><br>**OPINION AND ORDER** |

*** *** ***

In accordance with the Order entered contemporaneously with this Judgment, the Court **ORDERS** and **ADJUDGES** that:

1. The defendant's motion to vacate or set aside his sentence pursuant to 28 U.S.C. § 2255 (DE 963) is **DENIED**, and judgment is entered in favor of the plaintiff;

2. This judgment is **FINAL**; and

3. This matter is **STRICKEN** from the Court's active docket.

Dated April 20, 2015.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY