§UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

Eastern District of Kentucky
FILED
AUG 14 2015
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

| UNITED STATES OF AMERICA, | CRIMINAL ACTION NO. 5:12-79-KKC |
|---|---|
| Plaintiff, | |
| V. | **MEMORANDUM OPINION AND ORDER** |
| JUSTIN CORNELIUS WRIGHT, | |
| Defendant. | |

\*\*\* \*\*\* \*\*\*

This matter is before the Court on Defendant Justin Cornelius Wright's motion (DE 1099) for a sentence reduction based on Amendment 782 to the United States Sentencing Guidelines. The amendment reduces by two the offense levels assigned in the Drug Quantity Table, U.S.S.G. § 2D1.1, resulting in lower guideline ranges for most drug trafficking offenses.

The motion is DENIED because defendant was sentenced to a statutory minimum term of 120 months pursuant to 21 USC §841(b)(1)(B). Accordingly, the defendant is not eligible for a reduction in the term of imprisonment based on the amended guideline range.

Dated August 14, 2015.

KAREN K. CALDWELL, CHIEF JUDGE
U.S. DISTRICT COURT